ORIGINAL   CC: FILER ONLY

Alicia Napuaonalani Hueu
Po Box 81511 Haiku, HI 96708
Maui Mokupuni, Hawaiian Islands
Aloha@KingdomoftheHawaiianIslands.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 30 2020

at 5 o'clock and 00 min. P M
MICHELLE RYNNE, CLERK

No IFP SUBM.   LS
No FEE PAID.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

CV20 00520 JMS KJM

| | |
|---|---|
| ALICIA NAPUAONALANI HUEU<br>(Plaintiff) | ) Case No. 2DCW-20-0000785<br>)<br>) Notice of Removal under:<br>) Title 28 USC §1455 Procedure for removal<br>) of criminal prosecutions and Title 28<br>) USC§1331 Federal question<br>)<br>) |
| STATE OF HAWAII<br>(Defendant) | )<br>) Certificate of service under rule 60(b)<br>) |

FSG, R.16, D.O., IFP

## TABLE OF CONTENTS (TOC)

A) Notice of removal of criminal proceedings under Title 28 USC §1455 and §1331.

(pages 3)

B) Case background and grounds for removal from criminal prosecution in State Courts.

(page 4-6)

C) True and correct copy of summons, complaints, process, pleadings and orders.

(page 7)

D) Certificate of service under rule 60(b).

(page 8)

## NOTICE OF REMOVAL OF CRIMINAL PROSECUTION

## UNDER TITLE 28 USC §1455

Pursuant to Title 28 USC §1455 Procedure for removal of criminal prosecutions and Title 28 USC §1331 Federal question arising under the Constitution, Laws or Treaties of the United States such as:

- U.S. Constitutional laws Article 1 §8, Article 6 Clause 2.

- U.S. Federal laws Title 28 USC §1330, §1332, §1391(f), §1441(d), §1602-§1611 Foreign Sovereign Immunities Act, Title 28 USC §509B Human Rights Enforcement Act, Title 18 USC §2441 War Crimes Act and Title 18 USC §1091 Proxmire Act / Genocide

- and ratified Treaties to which the United States is a signatory of 1949 Geneva Conventions Treaty, 1907 Hague Conventions Treaty and Kamehameha III 1850 Treaty of friendship, commerce and navigation.

I, Alicia Napuaonalani Hueu a foreign national, foreign subject and or foreign citizen not belonging to the United States of America hereby files this Notice of Removal of Paternity Judgement in the STATE OF HAWAII CRIMINAL COURT OF THE SECOND CIRCUIT to the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII. In support of this Notice of Removal of criminal prosecution, I Alicia Napuaonalani Hueu, states as follows:

## CASE BACKGROUND AND GROUNDS FOR REMOVAL FROM CRIMINAL PROSECUTION UNDER TITLE 28 USC §1455

1. On May 21st, 2020, I Alicia Napuaonalani Hueu a Hawaiian National was apprehended and detained by the Maui Police Department agent for violations of Hawaii Revised Statutes (HRS) Criminal Trespass II Commercial Premises & Written Warning, and two counts for violating Emergency Management Rules.

2. On May 21st, 2020, I Alicia Napuaonalani Hueu while being apprehended and detained by Maui Police Department clearly stated by verbal communication to arresting MPD officers that I was surrendering as a Prisoner of War under the 1949 Geneva Conventions Treaty and that I was not a U.S. Citizen / U.S. National belonging to the United States / State of Hawaii.

3. On May 21st, 2020, I Alicia Napuaonalani Hueu a Hawaiian National in dispute was made aware and served documenting after being released on my own reconnaissance, notifying me that the STATE OF HAWAII had commenced an action for criminal prosecution against me in the STATE OF HAWAII CRIMINAL COURT OF THE SECOND CIRCUIT for Criminal Trespass II and two counts of violating Emergency Management Rules, and that my first hearing would be on 07-07-20.

4. On 07-07-20, I Alicia Napuaonalani Hueu made clear to Hawaii State Judge Kristin M. Hamman on court record that I the accused am a Hawaiian National and not a U.S. Citizen and that the retention of Jurisdiction by STATE OF HAWAII over Hawaiian Nationals do not belong to the United States and is a violation of ratified Treaties and International agreements to which the United States is a signatory of such as the 1949 Geneva Conventions Treaty and Kamehameha III 1850 Treaty of Friendship, Commerce and Navigation under Article 6 Clause 2 and Article 1 §8 of the United States Constitution.

5. True and correct copies of Summons, complaints, motions and pleadings is attached in Exhibit A.

6. This court has original jurisdiction over this matter pursuant to U.S. Federal Law Title 28 USC §1455 and §1331.

7. Venue is proper in this Court because the State Court Action is pending in "HAWAII". This court also has original jurisdiction over this matter pursuant to the provisions of Title 28 U.S.C. §1455 (a)Notice of Removal.— A defendant or defendants desiring to remove any criminal prosecution from a State court shall file in the district court of the United States for the district and division within which such prosecution is pending a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for removal, together with a copy of

all process, pleadings, and orders served upon such defendant or defendants in such action. Title 28 USC §1455 (b)Requirements.— (1) A notice of removal of a criminal prosecution shall be filed not later than 30 days after the arraignment in the State court, or at any time before trial, whichever is earlier, except that for good cause shown the United States district court may enter an order granting the defendant or defendants leave to file the notice at a later time. As well as pursuant to Title 28 USC §1331 federal question. "The District Courts shall have original jurisdiction of all civil actions arising under the Constitution, Laws, or Treaties of the United States".

8. This Notice is timely filed, see Title 28 USC §1455(b)(1).

9. A Notice of Filing of Notice of Removal of criminal prosecution to Federal Court (attached as EXHIBIT B) will be filed in the IN THE DISTRICT COURT OF THE SECOND CIRCUIT, "STATE OF HAWAII" State Criminal Court proceedings as soon as this Notice of Removal of criminal prosecution has been filed in this UNITED STATES DISTRICT COURT for HAWAII.

## CONCLUSION

Pursuant to the Provisions of U.S. Federal Law Title 28 U.S.C. §1331 and Title 28 USC §1455(a) & (b)(1) this court has Jurisdiction over Plaintiffs' (Previous Defendants) claims. Defendants (Now Plaintiffs) are therefore entitled to remove this case to this Court pursuant to Title 28 U.S.C. §1455 and §1331.

Wherefore, I Alicia Napuaonalani Hueu a foreign national, subject and or citizen not belonging to the United States humbly prays that the action now pending before Judge Kristin M. Hamman in the "STATE OF HAWAII, CRIMINAL COURT OF THE SECOND CIRCUIT" Case No. 2DCW-20-0000785 be removed to this United States District Court for Hawaii.

## TRUE AND CORRECT COPIES

Attached as page 9 is Exhibit A, true and correct copies of pleadings, motions, process, complaint and orders involved in Case No. 2DCW-20-0000785.

## CERTIFICATE OF SERVICE UNDER RULE 60(B)

I Alicia Napuaonalani Hueu a foreign national, citizen and or subject not belonging to the UNITED STATES OF AMERICA duly swears under oath to have served a true and correct copy of this Notice of Removal of criminal proceedings in STATE OF HAWAII CRIMINAL COURT OF THE SECOND CIRCUIT to the UNITED STATES DISTRICT COURT for Hawaii under U.S. Federal Law Title 28 USC §1455, §1331 and to Attorneys for Plaintiffs Regina Gormley on November __27__, 2020 via certified mail Fed Ex or UPS.

_____

Alicia Napuaonalani Hueu

Dated November __27__, 2020

Exhibit A

True and correct copies of pleadings, motions, process, complaint and orders involved in

Case No. 2DCW-20-0000785

GERALD T. JOHNSON, ESQ. #5057
26 b E. Waipuilani
Rd Kihei, Maui,
Hawaii 96753
Telephone No. (808) 244-5444
Attorney for Defendant

Electronically Filed
SECOND CIRCUIT
2DCW-20-0000785
19-NOV-2020
06:23 PM
Dkt. 53 MOT

IN THE DISTRICT COURT OF THE SECOND CIRCUIT
STATE OF HAWAII
WAILUKU DIVISION

| | |
|---|---|
| STATE OF HAWAII,<br><br>vs.<br><br>ALICIA N. HUEU<br><br>            Defendant. | CASE No.    2DCW-20-000785<br><br>MOTION TO WITHDRAW AND APPOINT SUBSTITUTE COUNSEL; DECLARATION OF COUNSEL; NOTICE OF HEARING; CERTIFICATE OF SERVICE<br><br>HONORABLE KIRSTIN HAMMAN, JUDGE<br><br>HEARING DATE:    December 2, 2020<br>HEARING TIME:    10:30 a.m. |

## MOTION TO WITHDRAW AND APPOINT SUBSTITUTE COUNSEL

Defendant ALICIA N. HUEU, by and through counsel undersigned, moves the Honorable Judge for an Order allowing Gerald T. Johnson to withdraw as counsel, due to a conflict of interest in maintaining the representation of Defendant and appointing substitute counsel for Defendant.

This motion is brought pursuant to HRPP Rule 47, Hawaii Rules of Profession Conduct Rules 1.6, 1.7, 1.8, and 1.9, and is based on the defendant's right to the Effective Assistance of Counsel, and right to Appointed Counsel guaranteed to him under Article I, Section 14 of the Hawaii State Constitution, and the 6th and 14th Amendments to the United States Constitution. This motion is also based on the Declaration of Counsel (attached hereto and incorporated by reference herein), and any further evidence that may be presented at a hearing on this motion.

Dated: Wailuku, Hawaii, November 19, 2020
/s/ *Gerald T. Johnson*
Gerald T. Johnson
Court-Appointed Attorney for Defendant

## DECLARATION OF COUNSEL

1. I, GERALD T. JOHNSON, represent in the above-entitled case.

2. The attorney/client relationship has deteriorated due to a conflict of interest in the nature of the defense that defendant seeks to pursue.

3. Based upon our recent irreconcilable differences, and instructions given to me by Defendant, I hereby request that an Order to Withdraw as Counsel be granted.

4. In addition, I have a trip scheduled to visit relatives in Florida and will be there from December 29, 2020 until February 1, 2021.

5. To ensure that Ms. Hueu is afforded the effective assistance of counsel, it is essential that substitute counsel be appointed herein.

6. This motion is made in good faith and with no intention of delaying resolution of the present case.

7. Based upon the foregoing, I respectfully request that the present motion be granted and that I be allowed to withdraw as counsel.

8. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: Wailuku, Hawaii, November 19, 2020

/s/ Gerald T. Johnson

Gerald T. Johnson
Court-Appointed Attorney for Defendant

## Notice of Hearing

To: Terrence Herndon, Esq.

Deputy Prosecuting Attorney

Notice is hereby given that the foregoing motion shall come on for hearing before the Honorable Judge KIRSTIN HAMMAN, Judge of the above entitled Court on the Third floor at Hoapili Hale, 2145 Main St. Wailuku HI 96793 at 10;30 am on November 24, 2020 or as soon thereafter as counsel can be heard.
DATED: Wailuku, Maui, Hawai'i: November 19, 2020

*Gerald T. Johnson*
**GERALD T. JOHNSON**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion was served upon Deputy Prosecutor Terrence Herndon;, by use of the Judiciary Electronic Filing and Service System on this November 19, 2020 and to Alicia N. Hueu via her email address.

/s/ *Gerald Johnson*
GERALD T. JOHNSON
Attorney for Defendant

OFFICE OF THE PUBLIC DEFENDER
JAMES S. TABE  5866
PUBLIC DEFENDER
BY:   GUSTAVO H. GONZALEZ 10858
         DEPUTY PUBLIC DEFENDER
81 NORTH MARKET STREET
WAILUKU, HAWAII 96793
TELEPHONE: (808) 243-1290
FACSIMILE:   (808) 984-5022

**Electronically Filed**
**SECOND CIRCUIT**
2DCW-20-0000823
14-OCT-2020
10:08 AM
Dkt. 41 POAC

ATTORNEYS FOR THE DEFENDANT

IN THE DISTRICT COURT OF THE SECOND CIRCUIT
WAILUKU DIVISION
STATE OF HAWAI'I

| | |
|---|---|
| STATE OF HAWAII,<br><br>        Plaintiff ,<br><br>   vs.<br>ZACHARY GROSSMAN,<br><br>Defendant | CASE NO. <u>2DCW-20-0000823</u><br><br>PROPOSED ORDER |

<u>PROPOSED ORDER</u>

Electronically Filed
SECOND CIRCUIT
2DCW-20-0000785
22-JUN-2020
03:39 PM

DEPARTMENT OF THE PROSECUTING ATTORNEY   207

LESLEE MATTHEWS 10999
Deputy Prosecuting Attorney
County of Maui
Wailuku, Maui, Hawaii  96793
Tel. No. 270-7787
Fax. No. 270-1769
Email: Leslee.Matthews@co.maui.hi.us

Attorney for the State of Hawaii

IN THE DISTRICT COURT OF THE SECOND CIRCUIT
WAILUKU DIVISION
STATE OF HAWAII

| | |
|---|---|
| STATE OF HAWAII | CASE NO. _____ |
| | COUNT ONE:  CRIMINAL TRESPASS |
| v. | IN THE SECOND DEGREE |
| | (20-018016-001) |
| ALICIA NAPUAONALANI HUEU, | COUNT TWO:  PUBLIC HEALTH |
| | EMERGENCY RULES |
| Defendant. | (20-018016-002) |
| | COUNT THREE:  PUBLIC HEALTH |
| | EMERGENCY RULES |
| | (20-018016-003) |
| | |
| | COMPLAINT |
| | |
| | A & P DATE:    7/7/20, |
| | 10:30 A.M. |

COMPLAINT

The STATE OF HAWAII, through the undersigned, its Deputy Prosecuting Attorney, hereby accuses and charges the Defendant as follows:

COUNT ONE:

That on or about the 21st day of May, 2020, in the Division of Wailuku, County of Maui, State of Hawaii, ALICIA NAPUAONALANI HUEU did intentionally, knowingly or recklessly enter or remain unlawfully in or upon commercial premises, to wit, E Paepae Ka Pukoa Association, TMK 380950200000 after reasonable warning or request to leave by the owner or lessee of the commercial premises or its authorized representative or police officer, thereby committing the offense of Criminal Trespass in the Second Degree in violation of Section 708-814(1)(b) of the Hawaii Revised Statutes.

COUNT TWO:

That on or about the 21st day of May, 2020, in the Division of Wailuku, County of Maui, State of Hawaii, ALICIA NAPUAONALANI HUEU did intentionally, knowingly or recklessly violate any rule promulgated by the Mayor of Maui County, pursuant to Hawaii Revised Statutes Chapter 127A and that was in force and effect at the time of offense, to wit, did fail to stay at his residence or place of lodging except for essential activities, essential government functions and/or to operate essential businesses, thereby committing the offense of Public Health Emergency Rules in violation of Rule 1 of the Maui County Public Health Emergency Rules as amended on March 22, 2020, that were promulgated pursuant to Section 127A-25 of the Hawaii Revised Statutes, and subject to Section 127A-29 of the Hawaii Revised Statutes.

COUNT THREE:

That on or about the 21st day of May, 2020, in the Division of Wailuku, County of Maui, State of Hawaii, ALICIA NAPUAONALANI HUEU did intentionally, knowingly or recklessly violate any rule promulgated by the Mayor of Maui

2

County, pursuant to Hawaii Revised Statutes Chapter 127A and that was in force and effect at the time of offense, to wit, did fail to stay at his residence or place of lodging except for essential activities, essential government functions and/or to operate essential businesses, thereby committing the offense of Public Health Emergency Rules in violation of Rule 1 of the Maui County Public Health Emergency Rules as amended on March 22, 2020, that were promulgated pursuant to Section 127A-25 of the Hawaii Revised Statutes, and subject to Section 127A-29 of the Hawaii Revised Statutes.

DATED: June 19, 2020                /s/ Leslee Matthews
                                                  LESLEE MATTHEWS
                                                  Deputy Prosecuting Attorney
                                                  County of Maui